UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JENNIFER BRANCH, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:15-cv-01116-WTL-MJD |
| ESKENAZI HEALTH, | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

The parties, having filed their Joint Stipulation of Dismissal with Prejudice, and the Court, being duly advised, hereby APPROVES the Joint Stipulation and hereby ORDERS this cause of action DISMISSED, in its entirety and with prejudice. Each party shall bear its own costs and attorney fees.

SO ORDERED this 30th day of March, 2016.

_____
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution to:

Steven F. Pockrass
*steven.pockrass@ogletreedeakins.com*

Theresa R. Parish
*theresa.parish@ogletreedeakins.com*

John Robert Panico, Esq.
*jpanico@discriminationlawgroup.com*